# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>ORAN ALEXANDER ROUTH<br><br>Defendant(s) | )<br>)<br>)  Case No. 1:24MJ376<br>)<br>)<br>)<br>) |

FILED
in the Middle District of
North Carolina
**September 23, 2024**
**9:29 pm**
Clerk, US District Court
By: _____ kg _____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __07/23/2024 and 09/21/2024__ in the county of __Guilford__ in the __Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography on or about 07/23/2024 |
| Title 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography on or about 09/21/2024 |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Garett L. Foo

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s/ Garett L. Foo
*Complainant's signature*

Garett L. Foo, Special Agent
*Printed name and title*

Date: __09/23/2024__

[signature]
*Judge's signature*

City and state: __Winston-Salem, North Carolina__    Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Garett L. Foo, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1. This affidavit is made in support of a criminal complaint against ORAN ALEXANDER ROUTH charging that on or about September 21, 2024, ROUTH possessed child pornography in violation of Title 18 U.S.C. § 2252A(a)(5)(B) and that on or about July 23, 2024 ROUTH received child pornography in violation of Title 18 U.S.C. § 2252A(a)(2)(A).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the FBI's Charlotte Field Office, Greensboro Resident Agency. My responsibilities include enforcing federal laws as set forth in the United States Code, including violations of Title 18 U.S.C. § 2252A. Prior to joining the FBI, I was employed as a securities fraud investigator for the State Corporation Commission of Virginia for over five years. Since becoming a Special Agent, I have received extensive training related to criminal investigations. I have completed the FBI's Crimes Against Children Basics Investigations Course in Linthicum, Maryland, which is a training for techniques and practices for investigations related to child exploitation and child exploitation imagery. I have worked as a liaison with local, state, and federal law enforcement authorities regarding investigations and emerging threats related to the exploitation of children.

3. On September 21, 2024, the FBI searched ROUTH's residence in Greensboro, North Carolina and his person in connection with an investigation unrelated to child exploitation. Investigators seized multiple electronic devices. On September 22, 2024, I obtained a warrant to search certain devices, including those identified in this affidavit for child exploitation material.

4. ROUTH's residence is a second floor two-bedroom and two-bathroom dwelling. The rental contract for the residence lists ROUTH as the sole occupant and was signed in early August of 2024. On September 22, 2024, the residence's property manager advised that ROUTH

1

Case 1:24-mj-00376-JEP    Document 1    Filed 09/23/24    Page 2 of 4

was the only person who applied to reside at the residence and was the only person known to live there. ROUTH's prior residence was also in Guilford County and his license lists a Guilford County address.

5. Items observed within the primary bedroom of ROUTH's residence identify it as ROUTH's room. In the room were several prescription medicine bottles in ROUTH's name and "Oran" was written on a Starbucks bag on a bedside dresser. Investigators recovered multiple electronic devices from the room, including a Samsung Galaxy Note 9 device labeled "Manufactured in Korea" that was located in a laptop bag (Device-1). When powered on, a message appears on Device-1 offering a reward if it is returned to its owner. An email address that belongs to ROUTH is provided as a contact in the message. The email address is comprised of ROUTH's first initial and last name.

6. A review of the SD card located in Device-1 revealed that it contains hundreds of child pornography files. These files include videos from a known child pornography series created outside the state of North Carolina. Videos from the series depict minors engaged in sex acts including a video of an adult male engaging in oral, vaginal, and anal sex with a prepubescent female minor approximately 8-10 years of age.

7. Investigators also recovered a Samsung Galaxy Note 9 from ROUTH's person (Device-2). A preliminary review of Device-2 also revealed child pornography. In a folder titled "Download," investigators observed a video depicting an adult female engaging in oral sex with a prepubescent minor female between approximately 6-8 years of age. On Device-2, investigators also located chats from a messaging application that, based on my training and experience, is commonly used by individuals who distribute and receive child pornography. In a July 2024 chat, an individual advertised cloud storage links for sale. The user of Device-2 asked for a preview of the content. On July 23, 2024, the individual sent the user of Device-2 the following two files:

a. A video depicting an adult male engaged in vaginal intercourse with a prepubescent minor female between approximately 12-14 years of age.

   b. A video depicting a nude prepubescent minor female between approximately 6-8 years of age sitting on the chest of an adult female as the adult uses her tongue to penetrate the minor's vagina.

<u>Conclusion:</u>

8. Based on the facts set forth above, I submit that there is probable cause to believe that ORAN ALEXANDER ROUTH possessed child pornography in violation of Title 18 U.S.C. § 2252A(a)(5)(B) and received child pornography in violation of Title 18 U.S.C. § 2252A(a)(2)(A).

Respectfully submitted,

/s/ Garett L. Foo
Garett L. Foo, Special Agent
Federal Bureau of Investigation
United States Department of Justice

Dated: September 23, 2024

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

Joi Elizabeth Peake
United States Magistrate Judge
Middle District of North Carolina