AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:24MJ376 |
| ORAN ALEXANDER ROUTH | ) | |
| _Defendant_ | ) | |



## ORDER SCHEDULING A DETENTION HEARING AND PRELIMINARY EXAMINATION

A detention hearing and preliminary examination in this case are scheduled as follows:

| Place: L. Richardson Preyer United States Courthouse 324 West Market Street Greensboro, North Carolina | Courtroom No.: 1A |
|---|---|
| | Date and Time: 10/1/24 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 09/24/2024

_Judge's signature_

Joi Elizabeth Peake, United States Magistrate Judge
_Printed name and title_