AO 442 (Rev. 11/11) Arrest Warrant



FILED
SEP 24 2024
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

United States of America
v.
ORAN ALEXANDER ROUTH

Defendant

Case No. 1:24MJ376

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ORAN ALEXANDER ROUTH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 2252A(a)(2)(A) - Receipt of Child Pornography
Title 18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography

Date: 9/23/2024

*Issuing officer's signature*

City and state: Winston-Salem, North Carolina

Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/23/24, and the person was arrested on *(date)* 9/23/24
at *(city and state)* Greensboro, NC.

Date: 9/23/2024

*Arresting officer's signature*

Sidney Svarcz, Special Agent FBI
*Printed name and title*