IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:24MJ376 |
| | : | |
| ORAN ALEXANDER ROUTH | : | |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that attorney Stacey D. Rubain of the Office of the Federal Public Defender, hereby enters her appearance as co-counsel with Lisa S. Costner, on behalf of the Defendant, Oran Alexander Routh, in the above-captioned matter.

Respectfully submitted this the 26th day of September, 2024.

>LOUIS C. ALLEN
>Federal Public Defender
>
>/s/ Stacey D. Rubain
>STACEY D. RUBAIN
>Assistant Federal Public Defender
>North Carolina State Bar No. 26690
>301 N. Elm Street, Suite 410
>Greensboro, NC  27401
>Phone: (336) 333-5455
>Email: stacey_rubain@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2024, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Counsel for the United States, Stephen Inman, Assistant United States Attorney, at Stephen.Inman@usdoj.gov and Eric Iverson, Assistant United States Attorney, at Eric.Iverson@usdoj.gov.

/s/ Stacey D. Rubain
STACEY D. RUBAIN
Assistant Federal Public Defender